UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER L. SCHREIBER  NO. 18-16086 JKF
CHAPTER 7

ENTRY OF APPEARANCE FOR CAB EAST, LLC/FORD MOTOR
CREDIT COMPANY, LLC, AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for CAB East, LLC/Ford Motor Credit Company, LLC, and provide notices as required by Bankruptcy Rule 2002.

DATED: November 12, 2018

GERSHMAN LAW OFFICES, PC

By: /s/ Howard Gershman
Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Tel: 215.886.1120
Fax: 215.886.1118

Copies served upon:

Robert H. Holber, Trustee
41 East Front Street
Media, PA 19063

Michael H. Kaliner, Trustee
Adelstein & Kaliner, LLC
Penn's Court
350 South Main Street
Suite 105
Doylestown, PA 18901