IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| **CHRISTOPHER L. SCHREIBER,** | | |
| Debtor | : | BANKRUPTCY NO. 18-16086 |

| | | |
|---|---|---|
| **CHRISTOPHER L. SCHREIBER,** Plaintiff | : | |
| | : | |
| V. | : | ADVERSARY NO. |
| | : | |
| UNITED STATES OF AMERICA DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE Defendant | : | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAX

TO THE HONORABLE JEAN K. FITZSIMON, BANKRUPTCY JUDGE:

AND NOW COMES the Debtor through his undersigned Counsel and respectfully files this Complaint and in support thereof represents as follows:

1. The Plaintiff is the Debtor herein having filed a Voluntary Petition under Chapter 7 on September 13, 2018.
2. The Defendant is the United States government.
3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 1334 and 157.
4. As of the Petition date, the Plaintiff owes federal income tax for the years 2012 and 2013 in the approximate amount of $137,777.82.
5. The taxes are dischargeable pursuant to 11 U.S.C. Section 523(a)(1).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter an Order that the tax liabilities set forth in the Complaint are dischargeable.

Respectfully submitted,
/s/Jon M. Adelstein
Jon M. Adelstein, Esquire
350 S. Main Street Suite 105
Doylestown, PA 18901