Certificate Number: 02921-PAE-DE-032011860

Bankruptcy Case Number: 18-16086



02921-PAE-DE-032011860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 8, 2018</u>, at <u>11:50</u> o'clock <u>PM EST</u>, <u>Christopher Schreiber</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 10, 2018</u>          By:   <u>/s/Joan B Reading</u>

                                                                     Name:   <u>Joan B Reading</u>

                                                                     Title:   <u>President</u>